# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAIME J. AVILA, III, | ) | 1:10-cv-01196-JLT HC |
| Petitioner, | ) ) | |
| v. | ) ) ) | ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION |
| K. HARRINGTON, Warden, | ) ) | (Doc. 3) |
| Respondent. | ) ) ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE (Doc. 1) |
| | | ORDER DIRECTING CLERK OF COURT TO CLOSE FILE |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant federal petition for writ of habeas corpus was filed in this Court on July 2, 2010. (Doc. 1).  On July 26, 2010, Petitioner filed the instant motion to voluntarily dismiss the petition, explaining that Petitioner had erroneously filed the instant habeas corpus, intended for filing in the Kern County Superior Court, in this Court. (Doc. 3).

Subject to other provisions of law, a petitioner may voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a).  Otherwise, an action shall not be dismissed except upon order of the Court and upon such terms and conditions as the court deems proper.  Id.  Here, no answer has been

1 served or filed.

2     Accordingly, IT IS ORDERED as follows:

3     1. Petitioner's motion for voluntary dismissal (Doc. 3), is GRANTED;

4     2. The petition for writ of habeas corpus (Doc. 1), is DISMISSED without prejudice;

5 and,

6     3. The Clerk of the Court is DIRECTED to close this action because this order

7 terminates the proceedings in its entirety.

10 IT IS SO ORDERED.

11 Dated: **July 28, 2010**            **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE